IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

CLERK U.S. DISTRICT COURT
NORTHERN DIST. OF TX
LUBBOCK DIVISION

2022 DEC 14 PM 1: 16

DEPUTY CLERK_____

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. 5-22CR119-H |
| SHEMAR CAMERON GREEN | |

INDICTMENT

The Grand Jury Charges:

Counts One-Three
Possession of Child Pornography Involving a Prepubescent Minor
(Violation of 18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(b)(2))

On or about March 2, 2022, in the Lubbock Division of the Northern District of Texas, and elsewhere, **Shemar Cameron Green**, defendant, did knowingly possess material on the devices described below, which contained at least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that involved a prepubescent minor and a minor who had not attained 12 years of age, and which was mailed, shipped, and transported using any means and facility of, and in and affecting interstate and foreign commerce, by any means, including by computer:

| Count | Device Description |
|---|---|
| 1 | Apple iPhone 7, IMEI 354915092827444 |
| 2 | Apple iPhone XR, IMEI 356834115622112 |
| 3 | Apple iPhone SE, IMEI 356603081059793 |

Each count in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

Counts Four-Five
Transportation of Child Pornography
(Violation of 18 U.S.C. §§ 2252A(a)(1) and (b))

On or about January 14, 2022, in the Lubbock Division of the Northern District of Texas, and elsewhere, **Shemar Cameron Green**, defendant, knowingly transported child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), as described below, in and affecting interstate and foreign commerce by any means, including by computer:

| Count | File Name | Hash Value |
|---|---|---|
| 4 | shemar_g22-None-d26c44e1-ddb3-51e4-ba93-284cbcb03ebc~36-e28cdf61c7.mp4 | a6955867dceea7afba3de60cdccdbfe6 |
| 5 | shemar_g22-None-d26c44e1-ddb3-51e4-ba93-284cbcb03ebc~31-b365058a04.mp4 | a0012677cfb6971a6c8f38155b4f3a1a |

Each count in violation of Title 18, United States Code, Sections 2252A(a)(1) and (b).

Forfeiture Notice
(18 U.S.C. § 2253)

Upon conviction of any offense alleged in this Indictment, and pursuant to 18 U.S.C. § 2253(a), defendant **Shemar Cameron Green** shall forfeit to the United States of America: (a) any visual depiction described in Section 2251, 2252, or 2252A of Chapter 110, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110; (b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from any offense alleged in this indictment; and (c) any property, real or personal, used or intended to be used to commit or to promote the commission of any offense alleged in the Indictment, and any property traceable to such property.

The above-referenced property subject to forfeiture includes, but is not limited to, an Apple iPhone 7, IMEI 354915092827444; an Apple iPhone XR, IMEI 3568341115622112; and an Apple iPhone SE, IMEI 356603081059793.

If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

     e.    has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b), to seek forfeiture of any other property of the said defendant up to the value of the forfeitable property described above.

A TRUE BILL

_____
FOREPERSON

LEIGHA SIMONTON
UNITED STATES ATTORNEY

_____
CALLIE WOOLAM
Assistant United States Attorney
Texas State Bar No. 24075306
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:  806-472-7564
Facsimile:  806-472-7394
E-mail:  callie.woolam@usdoj.gov

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

THE UNITED STATES OF AMERICA

v.

SHEMAR CAMERON GREEN

INDICTMENT

COUNTS 1-3: POSSESSION OF CHILD PORNOGRAPHY INVOLVING A PREPUBESCENT MINOR
Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

COUNTS 4-5: TRANSPORTATION OF CHILD PORNOGRAPHY
Title 18, United States Code, Sections 2252A(a)(1) and (b).

(5 COUNTS + FORFEITURE)

A true bill rendered,

Lubbock                                         _____ Foreperson

Filed in open court this 14th day of December, A.D. 2022

_____ Clerk
ARREST WARRANT TO ISSUE

_____
UNITED STATES MAGISTRATE JUDGE